JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO AGUILAR**,**<br><br>                           Petitioner,<br><br>          **v.**<br><br>WARDEN RICOLCOL, FCI-I Victorville,<br><br>                         Respondent. | NO. CV 23-9181-JLS (AGR)<br><br>JUDGMENT |

    Pursuant to the Order of Dismissal,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied as moot and dismissed.


DATED:  March 13, 2024

                                     JOSEPHINE L. STATON
                               United States District Judge